# IN THE SUPREME COURT OF THE STATE OF NEVADA

GUILLERMO HERNANDEZ-ORTEGA,
A/K/A GUILLERMO HERNANDEZ,
A/K/A ISMAEL GUILLERMO
HERNANDEZ,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 70137

FILED

MAY 1 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

Appellant filed a notice of appeal on March 30, 2016. No appealable order was designated in the notice of appeal. To the extent appellant appeals from the judgment of conviction, the notice of appeal is untimely filed. NRAP 4(b); NRS 34.575(1); NRAP 26(a); NRAP 26(c). An untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). To the extent appellant appeals from the order admitting defendant to probation and fixing terms, no statute or court rule permits an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

16-15596

cc: Hon. Elizabeth Goff Gonzalez, District Judge
Clark County Public Defender
Guillermo Hernandez-Ortega
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk